**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

---

JOSEPH LANDA and
BRONISLAWA LANDA,

Plaintiffs,

**COMPLAINT**

vs.

**(JURY TRIAL DEMANDED)**

DON and ELAINE RAPPEL,
d/b/a PINE ACRES RESORT
& CAMPGROUND,

Defendants.

---

Plaintiffs, Joseph Landa and Bronislawa Landa, for their Complaint herein, state and allege as follows:

1. Plaintiffs Joseph Landa and Bronislawa Landa, husband and wife, are individuals residing at all times material at 505 Charleton Street, Willow Spring, IL 60840.

2. Defendants Don and Elaine Rappel operate a business known as Pine Acres Resort & Campground located at 4498 Pine Acres Road, Orr, Minnesota 55771.

3. The amount in controversy herein, exclusive of costs and disbursements, exceeds $75,000. Jurisdiction is founded on the provisions of Title 28, United States Code, Section 1332.

4. On July 28, 2003, Plaintiff Joseph Landa suffered severe and permanent bodily injuries when he dove from a dock at the Pine Acres Resort & Campground and

struck the lake bottom. At the time, Joseph Landa was a paying patron of the Pine Acres Resort & Campground.

5. The shallow water in the area where Plaintiff dove constituted a hazardous condition which was known to Defendants and their agents.

6. On and before July 28, 2003, Defendants were negligent in maintaining a swimming area and jumping and diving dock area that contained a known hazardous condition; were negligent in failing to guard against or prevent patrons at the resort from diving from the dock into the water where the hazardous condition existed; and were negligent in failing to warn patrons such as Joseph Landa of the hazardous condition posed by the shallow water just off the swimming and diving dock area.

7. As a direct and proximate result of Defendants' negligence, Plaintiff Joseph Landa has suffered severe and permanent bodily injuries, including fracture of his spinal cord and resulting quadriplegia, past, present and future medical expenses; loss of earnings and loss of future earning capacity, and past, present and future pain, disability, emotional distress, suffering, and loss of enjoyment of life, all in excess of $75,000.

8. As a direct and proximate result of Defendants' negligence, Plaintiff Bronislawa Landa has suffered a loss of society and companionship with her husband, in an amount in excess of $75,000.

WHEREFORE, Plaintiffs pray for judgment against Defendants in an amount in excess of $75,000, together with their costs, disbursements, and pre- and post-judgment interest as provided by law.

s/James B. Peterson
James B. Peterson
Bar Number 185012
Attorney for Plaintiffs Joseph & Branislawa Landa
Falsani, Balmer, Peterson & Quinn
1200 Alworth Building
306 W. Superior Street
Duluth, MN 55802
Telephone: (218) 723-1990
Fax: (218) 723-1931

Plaintiffs demand a trial by jury.

s/James B. Peterson
James B. Peterson
Bar Number 185012
Attorney for Plaintiffs Joseph & Branislawa Landa
Falsani, Balmer, Peterson & Quinn
1200 Alworth Building
306 W. Superior Street
Duluth, MN 55802
Telephone: (218) 723-1990
Fax: (218) 723-1931